No. 01–9401.  HINTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9403.  COLLINS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–9408.  HERRERA TORRES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–9409.  BRINKLEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9413.  PEREGRINO-LUJAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–9416.  MOULTRIE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–9417.  RAFAEL PEREZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9419.  RODRIGUEZ-CORONA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–9420.  CASTELLANOS-GARCIA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–9428.  MORRIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–9434.  GRAVELY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9435.  HUERTA-MENDOZA v. UNITED STATES; RAMIREZ-LANDERO v. UNITED STATES; ROBLES-ROBLES v. UNITED STATES; SANDOVAL-ENRIQUEZ v. UNITED STATES; PULIDO-MORENO v. UNITED STATES; and MARTINEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–9436.  ALLUMS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.